**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHELLE BRANDT, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> BOSPHORUS ENTERPRISES, INC. : <br> : <br> Defendant. : <br> _____ : <br> : | Civil No. 2:21-cv-01006-JFC <br><br> *ELECTRONICALLY FILED* <br><br> JURY TRIAL DEMANDED |

**STIPULATION OF DISMISSAL**

The parties to this civil action, by their undersigned attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned action is dismissed with prejudice, and with each party bearing its own costs and attorneys' fees.

| | |
|---|---|
| /s/ Julia Clark_____ <br> Julia Clark, Esquire <br> Karpf, Karpf & Ceruitti, P.C. <br> Two Greenwood Square, Suite 128 <br> Bensalem, PA 19020 <br> Phone (215)-639-0801 <br> Fax: <br> Email: jclark@karpf-law.com <br><br> *Counsel for Plaintiff* | /s/ Cynthia O'Donnell <br> Sunshine R. Fellows, Esquire <br> Cynthia L. O'Donnell, Esquire <br> Jessica Altobelli, Esquire <br> Lewis Brisbois Bisgaard & Smith, LLP <br> One PPG Place, 28th Floor <br> Pittsburgh, PA 15222 <br> (412) 250-7304 <br> Fax: (412) 567-5494 <br> Email: Cynthia.ODonnell@lewisbrisbois.com <br><br> *Counsel for Defendant* |

SO ORDERED, this 25th day of February, 2022.

s/Joy Flowers Conti, J.
Hon. Joy Flowers Conti,
Senior U.S. District Judge